UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

**KATHY ANN HILTON**                                                              CASE NO. 16-20397

**DEBTOR(S)**

**ORDER**

The Court having considered the Application to Incur Additional Debt [ECF No. 27] filed herein on June 27, 2016, on behalf of the Debtor, finds said pleading should be and hereby is OVERRULED WITHOUT PREJUDICE for the following reason(s):

☐ The pleading does not meet the notice and opportunity for hearing criteria as set forth by the Court.

☐ Notice of hearing is missing/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☒ Failure to serve a necessary party.

☐ Other:

___

The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Friday, July 15, 2016
(tnw)