UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

IN RE:                                    CASE NO. 16-20397
                                          Judge: Tracey N. Wise
KATHY HILTON                              Chapter 13

   DEBTOR

**MOTION FOR RELIEF FROM STAY**

Stone Mill Council of Co-Owners, Inc., ("Movant"), a secured creditor in the above referenced case, by counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an order granting relief from the automatic stay in order that Movant may enforce its lien against the property of Kathy Ann Hilton ("Debtor") as described herein.

The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on March 28, 2016. The Trustee of the Estate of the Debtor in this case is Beverly M. Burden.

As of March 28, 2016, Debtor was indebted to Movant in the amount of $15,563.70, representing the balance due for assessments and late fees due pursuant to the Master Deed Declaration of Property to the Horizontal Property Regime for Stone Mill Condominiums Phase I ("Declaration") recorded in Misc. Book 390, Page 142 of the Kenton County Clerk's records at Independence, Kentucky.

The indebtedness is evidenced by a Lien for Unpaid Assessments on the real estate known as 5361 Stoneledge Court, #1G, Taylor Mill, Kentucky 41015 and recorded with the Kenton County Clerk on March 9, 2016 in Official Record Book I-2456, Page

115 and further by a Notice of Judgment Lien recorded with the Kenton County Clerk on October 8, 2015 in Official Record Book C-5751, Page 50.

A copy of the Proof of Claim filed in this case by Movant, along with a copy of the Lien for Unpaid Assessments and Notice of Judgment Lien, is attached hereto.

Pursuant to the Debtor's plan, the Debtor is to pay post-petition assessments directly to the Movant according to the underlying contract.

In accordance with § 5.03 of the Declaration, "The Owner of each Unit must pay his Unit's required assessment in advance each month . . . Payment shall be due on the first day of each month, unless council otherwise directs."

As such, Debtor was required to pay her assessment due April 1, 2016 in the amount of $265.00 and each subsequent $265.00 assessment due on the first of each month thereafter directly to Movant.

Debtor has made two post-petition payments to Movant, one in the amount of $265.00 on May 20, 2016 and one in the amount of $265.00 on May 24, 2016. As such, Debtor is in default of all post-petition assessments due Movant from June 1, 2016 on, and as such, Debtor owes Movant the sum of $530.00 for assessments and late fees due post-petition.

Movant has received no payments from the Chapter 13 Trustee.

Movant asserts that the fair market value of property, which is valued in Debtor's petition in the amount of $90,000.00, is less than the amount of liens on the property as set out in Debtor's schedules filed herein.

WHEREFORE, Movant seeks relief from stay on the following grounds: the interest of Movant is not adequately protected; the Debtor has no equity in the property; and the property is not necessary to an effective reorganization.

Respectfully submitted,

*/s/ Elizabeth Graham Weber*
Elizabeth Graham Weber (81575)
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, KY 41017
Phone: (859) 341-1881
Fax: (859) 341-1469
Email: bweber@dbllaw.com
*Counsel for Stone Mill Council of Co-Owners, Inc.*

## NOTICE

Please take notice that unless a party in interest, within 15 days from the date of this motion, files a response to the motion and a request for a notice of hearing on such response, the order transmitted herewith may be entered by the Court without a hearing on the motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief From Stay was served this 31st day of August, 2016 on the following parties in interest. All parties listed below were served via regular U.S. mail, postage prepaid, except to the extent noted with asterisks, in which case service was made via the Court's ECF noticing system.

Kathy Ann Hilton
5361 Stoneledge Court, #1G
Taylor Mill, KY 41015

*Beverly M. Burden

*US Trustee

*Eric A. Steiden, Esq.

*/s/ Elizabeth Graham Weber*
Elizabeth Graham Weber

567857v1

3

# United States Bankruptcy Court

## Eastern District of Kentucky

Notice of Electronic Claims Filing

The following transaction was received from Weber, Elizabeth on 3/31/2016 at 10:45 AM EDT

<u>File another claim</u>
**Case Name:** Kathy Ann Hilton
**Case Number:** <u>16-20397-tnw</u>
**Creditor Name:** STONE MILL COUNCIL OF CO-OWNERS, INC.
7908 TANNERS GATE LANE
FLORENCE KY 41042
**Claim Number:** 1   <u>Claims Register</u>
**Amount Claimed:** $15,563.70
**Amount Secured:** $15563.70
**Amount Priority:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Hilton POC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=993667351 [Date=3/31/2016] [FileNumber=13525299-0
] [4cf00e6ca8927d3c1c7e38c918df9f435d104a7256d1a6ea33272c458c44a235259
7cb34903ecda32708bbcb44c7c1a8bb2c0d74a9f2aaae05d3948c80bdb188]]

**16-20397-tnw Notice will be electronically mailed to:**

Beverly M. Burden
Notices@Ch13EDKY.com, downloads@ch13edky.com

Eric A Steiden on behalf of Debtor Kathy Ann Hilton
steiden@fuse.net, dzegarski.ecfmail@gmail.com,ericsteiden2012@gmail.com

U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

**16-20397-tnw Notice will not be electronically mailed to:**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Eastern District of Kentucky | | **PROOF OF CLAIM** |
|---|---|---|
| **Name of Debtor:** Kathy Ann Hilton | **Case Number:** 16-20397 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Stone Mill Council of Co-Owners, Inc.

**Name and address where notices should be sent:**
Elizabeth Graham Weber, Esq.
Dressman Benzinger LaVelle psc
207 Thomas More Parkway, Crestview Hills, KY 41017
Telephone number: (859) 341-1881   email: bweber@dbllaw.com

**Name and address where payment should be sent (if different from above):**
SAME

Telephone number:     email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 15,563.70

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Monthly assessments due purusant to Master Deed Declaration of Property to the Horizontal Property Regime for Stone Mill Condominiums Phase I
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____ (See instruction #3a)
   **3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: 5361 Stoneledge Court, #16, Taylor Mill, KY 41015
Value of Property: $ 90,000.00
Annual Interest Rate 8 % ☒ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ 15,563.70

Basis for perfection: Declaration of Stone Mill Condominiums Phase I

Amount of Secured Claim: $ 15,563.70
Amount Unsecured: $ -0-

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13) 2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Elizabeth Graham Weber
Title: Attorney
Company: Dressman Benzinger LaVelle psc
Address and telephone number (if different from notice address above):

(Signature)   (Date) 3/31/16

Telephone number:   email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## Statement of Charges

Assessments:     $11,379.00
Attorney fees:   $ 3,971.80
Court costs:     $   212.90

Total            $15,563.70

## LIEN FOR UNPAID ASSESSMENT

STATE OF KENTUCKY, COUNTY OF BOONE, ss:

Being duly cautioned and sworn, the undersigned Affiant states as follows:

1. That the Affiant is the Agent for Stone Mill Council of Co-Owners, Inc., a Kentucky non-profit corporation.

2. That as of the date of this lien, Kathy Hilton is the owner of the following described real estate located in Kenton County, Kentucky:

### SEE LEGAL DESCRIPTION ATTACHED AS EXHIBIT "A"

3. That the address of the real estate is 5361 Stoneledge Court, #1G, Taylor Mill, Kentucky 41015.

4. That said real estate is subject to "Stone Mill Council of Co-Owners, Inc. Declaration of Covenants, Conditions, and Restrictions of Ownership" recorded in Miscellaneous Book 390, Page 142, as from time to time supplemented, of the Kenton County Recorder's records at Independence, Kentucky. Article V of the Declaration provides, among other things, for the creation of a continuing lien for any delinquent assessment or charge together with interest thereon, and for costs and reasonable attorney's fees.

5. That the balance of the assessment due, unpaid and owing from the said owner to the Association as of August 1, 2015, after allowing all credits, is the amount of $9,365.00, for which together with interest, costs and reasonable attorney fees, the Association claims a lien on the real estate.

6. That this lien also secures such additional charges and assessments as may occur from time to time and that the current balance of the lien may be obtained by calling the agent for the Council of Co-Owners, Vertex Professional Group, at (859) 491-5711.

```
Recorded              GABRIELLE SUMME
INDEPENDENCE          KENTON COUNTY CLERK
Doc type:             ASSESSMENT LIEN
Book / Page :         I - 3721 / 282    3pgs
Doc#:                 16 03 09 059 00214
Dt/tm Recorded:       03/09/2016   02:45:30pm
Total fees:           13.00  Tax:         0.00
Clerk name:           CATHY DARPEL
```

Dated this 4th day of March, 2016.

STONE MILL COUNCIL OF CO-OWNERS, INC.

BY: _____
Erica Beeker, Agent

SUBSCRIBED AND SWORN to before the undersigned Notary Public by Erica Beeker, Agent for Stone Mill Council of Co-Owners, Inc., a Kentucky non-profit corporation, on behalf of the corporation.

_____
NOTARY PUBLIC

My Commission Expires: _____

EMILY KIRTLEY HANNA
NOTARY EXPIRATION DATE: 12/16/19
STATE OF KENTUCKY AT LARGE
NOTARY ID 547278

THIS INSTRUMENT PREPARED BY:

_____
EMILY KIRTLEY HANNA
Dressman Benzinger LaVelle psc
Thomas More Park
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
(859) 341-1881

I-3721 Pg 284

# EXHIBIT A

Street Address: 5361 Stoneledge Court, Unit 1G, Taylor Mill, KY 41015
Group No.: IND
PIDN: 858-30-00-030.01
Plat Slide: A-89

Being Unit 1G "The Pinehurst," a condominium unit, Condominium project, the Declaration of Master Deed for which is of record at Deed Book 390, Page 142, and the plat and the floor plans of which are of record at Plat Slide A-89, A-90, A-91, and A-92 of the Kenton County Clerk's records at Independence, Kentucky.

Subject to easements, conditions, restrictions, and covenants of record and/or in existence.

509862v1

C5751Pg050

KENTON CIRCUIT COURT
CIVIL DIVISION
CASE NO. 15-CI-763

STONE MILL COUNCIL OF CO-OWNERS, INC.                    PLAINTIFF

Vs.

KATHY HILTON                                             DEFENDANT

### NOTICE OF JUDGMENT LIEN

The Plaintiff, Stone Mill Council of Co-Owners, Inc., located at 7908 Tanners Gate Lane, Florence, KY 41042, in Case No. 15-CI-763, Kenton Circuit Court, obtained a judgment against the Defendant, Kathy Hilton, in the principal amount of $9,365.00, plus interest at the rate of 12% per annum from September 21, 2015, and court costs.

A copy of this notice has been sent to the judgment debtor, Kathy Hilton, in compliance with KRS 426.720(3).

You may be entitled to an exemption under KRS 427.060, reprinted below. If you believe you are entitled to assert an exemption, seek legal advice.

> 427.060. HOMESTEAD AND BURIAL PLAT EXEMPTIONS – EXCEPTIONS
> In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed Five Thousand Dollars ($5,000) in value, in real or personal property that such debtor or a dependent of such debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner of the homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon.

_____
EMILY KIRTLEY HANNA        (#90219)
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
(859) 341-1881

Recorded          GABRIELLE SUMME
COVINGTON         KENTON COUNTY CLERK
Doc type:         JUDGEMENT LIEN
Book / Page :     C - 5751 / 50    2pgs
Doc#:             15 10 08 059 00117
Dt/tm Recorded:   10/08/2015    12:13:38pm
Total fees:       $13.00  Tax:    0.00
Clerk name:       CRUBY

C5751Pg051

STATE OF KENTUCKY
COUNTY OF KENTON

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me by Emily Kirtley Hanna this 1st day of October, 2015.

_____
NOTARY PUBLIC
Print Name: _____
My Comm. Expires: _____

KAREN L. PATTERSON
NOTARY EXPIRATION DATE: 6/7/2018
STATE OF KENTUCKY AT LARGE
NOTARY ID 511459

### CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing Notice of Judgment Lien was sent to the debtor, Kathy Hilton, 5361 Stoneledge Court, #1G, Taylor Mill, Kentucky 41015, by regular U.S. Mail, postage prepaid, this 1st day of October, 2015.

_____
EMILY KIRTLEY HANNA

Prepared By:

_____
EMILY KIRTLEY HANNA (#90219)
207 Thomas More Parkway
Crestview Hills, KY  41017

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

486521v1

KAREN L. PATTERSON
NOTARY EXPIRATION DATE: 07/2016
STATE OF KENTUCKY AT LARGE
NOTARY ID 511459