# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 16-20397 |
| Kathy Ann Hilton | Chapter 13 |
| Debtor(s). | Judge Tracey N. Wise |

## AMENDED NOTICE OF HEARING ON OBJECTION TO MOTION TO SELL REAL PROPERTY

All parties shall take notice that the foregoing Objection shall come on for hearing before the U.S. Bankruptcy Court, United States Courthouse, 35 West 5th Street, Suite 306, Covington, KY 41011 on April 7, 2020, at 10:00 am.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (86802)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on March 12, 2020.

**By Notice of Electronic Filing to:**

    Eric A Steiden, Debtor's Counsel
    esteiden@steidenlaw.com

    Beverly M. Burden, Trustee
    Notices@Ch13EDKY.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Kathy Ann Hilton, Debtor
    5361 Stoneledge Court, 1G
    Taylor Mill, KY 41015

    /s/ Jon J. Lieberman
    Jon J. Lieberman (86802)
    Attorney for Creditor